*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Jonathan Scott Presnell ) | Case No. 24–13242–pmm |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Means Test Calculation 122C–2 Due 9/26/24
    Plan Due 9/26/24
    Schedules A Due 9/26/24
    Schedules B Due 9/26/24
    Schedules C Due 9/26/24
    Schedules D Due 9/26/24
    Schedules E Due 9/26/24
    Schedules F Due 9/26/24
    Schedules G Due 9/26/24
    Schedules H Due 9/26/24
    Schedules I Due 9/26/24
    Schedules J Due 9/26/24
    Statement of Attorney Compensation Due 9/26/24
    Statement of Current Monthly Income (122C–1) Due 9/26/24
    Statement of Financial Affairs Due 9/26/24
    Summary of Assets and Liabilities Due 9/26/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: September 13, 2024

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court