UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re. Jonathan Scott Presnell,    :
                                 :
                                 :       No. 24-13242-PMM
                                 :
            Debtor(s).           :       Chapter 13

### ORDER ON MOTION FOR EXTENSION OF TIME

AND NOW, this __27th__ day of __September__, 2024, it is hereby ORDERED that Debtor(s) shall have until October 8, 2024 to file the balance of the Petition and related documents in the above-captioned matter.

BY THE COURT:

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge