United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-13242-pmm
Jonathan Scott Presnell     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Oct 10, 2024     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Scott Presnell, 61 Highland Avenue, Ephrata, PA 17522-2004 |
| cr | + | Affinity Federal Credit Union, c/o Saldutti Law Group, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:**

**Name     Email Address**

DAVID W. TIDD
    on behalf of Debtor Jonathan Scott Presnell bankruptcy@davidtiddlaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

REBECCA K. MCDOWELL
    on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT L. SALDUTTI
    on behalf of Creditor Affinity Federal Credit Union rsaldutti@salduttticollect.com
    lmarciano@salduttticollect.com;pwirth@salduttticollect.com;anovoa@slgcollect.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 10, 2024 | Form ID: pdf900 | Total Noticed: 2

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Jonathan Scott Presnell,**

|  |  |  |
|---|---|---|
|  | **:** | **Chapter 13** |
|  | **:** |  |
| **Debtor.** | **:** | **Bky. No. 24-13242 (PMM)** |

**O R D E R**

    **AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 13, "the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **October 21, 2024**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED. If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before December 13, 2024.**

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

*Patricia M. Mayer*

**Date: 10/10/24**

                                                                         **Hon. Patricia M. Mayer**
                                                                         **U.S. Bankruptcy Judge**