| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-13242-PMM

Jonathan Scott Presnell
61 Highland Avenue
Ephrata  PA    17522

Petition Filed Date: 09/12/2024
341 Hearing Date: 11/12/2024
Confirmation Date:

## Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/05/2024 | $167.00 | | 11/19/2024 | $167.00 | | 11/20/2024 | $390.00 | |
| 12/19/2024 | $390.00 | | 01/21/2025 | $390.00 | | 02/20/2025 | $390.00 | |
| 03/19/2025 | $390.00 | | 04/23/2025 | $390.00 | | 05/19/2025 | $390.00 | |
| 06/20/2025 | $390.00 | | 07/21/2025 | $390.00 | | | | |

**Total Receipts for the Period:  $3,844.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $4,234.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $2,191.96 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $7,438.50 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $4,244.25 | $0.00 | $0.00 |
| 4 | USAA FEDERAL SAVINGS BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | USAA FEDERAL SAVINGS BANK<br>»» 005 | Unsecured Creditors | $8,597.85 | $0.00 | $0.00 |
| 6 | AFFINITY FEDERAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $21,004.48 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $2,301.70 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $1,870.97 | $0.00 | $0.00 |
| 9 | PENNYMAC  LOAN SERVICES LLC<br>»» 009 | Mortgage Arrears | $13,213.26 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $5,578.22 | $0.00 | $0.00 |
| 11 | US DEPARTMENT OF HUD<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13242-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,234.00 | Current Monthly Payment: | $390.00 |
| Paid to Claims: | $0.00 | Arrearages: | $56.00 |
| Paid to Trustee: | $312.81 | Total Plan Base: | $14,040.00 |
| Funds on Hand: | $3,921.19 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.