United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-13242-pmm

Jonathan Scott Presnell     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Oct 02, 2025     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Scott Presnell, 61 Highland Avenue, Ephrata, PA 17522-2004 |
| cr | + | Affinity Federal Credit Union, c/o Saldutti Law Group, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14932908 | + | Affinity Federal Credit Union, C/O Saldutti Law Group, Rebecca K. McDowell, Esq., 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14932907 | + | Affinity Federal Credit Union, C/O Saldutti Law Group, Robert L. Saldutti, Esq., 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14963805 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 03 2025 00:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 03 2025 00:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14925990 | + | Email/Text: bankruptcycare@affinityfcu.com | Oct 03 2025 00:17:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Blvd, Basking Ridge, NJ 07920-2332 |
| 14925989 | | Email/Text: bankruptcycare@affinityfcu.com | Oct 03 2025 00:17:00 | Affinity Federal Credit Union, 73 Mountain Rd, Basking Ridge, NJ 07920-3854 |
| 14925994 | | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 03 2025 00:27:39 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 14925993 | | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 03 2025 00:39:55 | Best Egg, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14925999 | | Email/Text: cfcbackoffice@contfinco.com | Oct 03 2025 00:17:00 | Continental Finance Company, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 14926000 | | Email/Text: cfcbackoffice@contfinco.com | Oct 03 2025 00:17:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 14925996 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2025 00:38:17 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14925995 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2025 00:27:44 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14929676 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 03 2025 00:27:12 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14925998 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2025 00:17:00 | Comenity Capital/Dell, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14925997 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2025 00:17:00 | Comenity Capital/Dell, PO Box 182120, Columbus, OH 43218-2120 |

Case 24-13242-pmm    Doc 42    Filed 10/04/25    Entered 10/05/25 00:40:03    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14926001 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 03 2025 00:27:45 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14926002 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 03 2025 00:27:17 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14928601 | | Email/Text: mrdiscen@discover.com | Oct 03 2025 00:16:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14926003 | | Email/Text: mrdiscen@discover.com | Oct 03 2025 00:16:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14926004 | | Email/Text: mrdiscen@discover.com | Oct 03 2025 00:16:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14944937 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 03 2025 00:17:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14928201 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:26:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14941720 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2025 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14928139 | ^ | MEBN | Oct 03 2025 00:15:40 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14943329 | + | Email/PDF: ebnotices@pnmac.com | Oct 03 2025 00:39:16 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14926006 | | Email/PDF: ebnotices@pnmac.com | Oct 03 2025 00:39:19 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 14926005 | | Email/PDF: ebnotices@pnmac.com | Oct 03 2025 00:27:46 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14926008 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:52:50 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14926007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:27:38 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 14931165 | + | Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14926010 | | Email/Text: bkelectronicnotices@usaa.com | Oct 03 2025 00:16:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 14926009 | | Email/Text: bkelectronicnotices@usaa.com | Oct 03 2025 00:16:00 | Usaa Federal Savings Bank, PO Box 47504, San Antonio, TX 78265 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14925991 | | Ambulatory Anesthesia Physicia |
| 14925992 | | Ambulatory Anesthesia Physicia |
| cr | *+ | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 02, 2025 | Form ID: pdf900 | Total Noticed: 35 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Jonathan Scott Presnell bankruptcy@davidtiddlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT L. SALDUTTI | on behalf of Creditor Affinity Federal Credit Union rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;pwirth@saldutticollect.com;anovoa@slgcollect.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHERRI DICKS | on behalf of Creditor USAA Federal Savings Bank sdicks@raslg.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　Jonathan Scott Presnell<br><br><br>　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 24-13242-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 2, 2025**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE